IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-127-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JUSTIN TYLER WALKER, | ) | |
| Defendant. | ) | |

The *Ex Parte* motion to seal is denied, and the *Ex Parte* request for additional funding for support staff is denied. Counsel may request a hearing on this if so desired.

This 5 day of September, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE